**Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-00775-CV

### SAN JACINTO RIVER AUTHORITY, Appellant

### V.

### CHIP SANCHES AND MARGARET SANCHES, Appellees

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2018-23314**

### MEMORANDUM OPINION

On February 18, 2020, the court notified all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see also San Jacinto River Auth. v. Ogletree*, —- S.W.3d —-, No. 14-18-00043-CV, 2020 WL 428913, at *1 (Tex. App.—Houston [14th Dist.] Jan. 28, 2020, no pet. h.). Appellant filed no response.

We dismiss the appeal for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Hassan.